court granted Bank of New York Mellon's motion to dismiss for the same
 reason. This court's recent disposition in SFR Investments Pool 1, LLC u.
 U.S. Bank, N.A., 130 Nev. 334 P.3d 408 (2014), decides that a
 common-interest community association's NRS 116.3116(2) superpriority
 lien has true priority over a first security interest, and the association may
 nonjudicially foreclose on that lien. The district court's decisions thus
 were based on an erroneous interpretation of the controlling law and did
 not reach the other issues colorably asserted. Accordingly, we
 VACATE the order denying preliminary injunctive relief,
 REVERSE the order granting the motion to dismiss, AND REMAND this
 matter to the district court for further proceedings consistent with this
 order.

 Hardest

 J.
 Douglas

 CHERRY, J., concurring:
 For the reasons stated in the SFR Investments Pool 1, LLC v.
 U.S. Bank, N.A., 130 Nev. , 334 P.3d 408 (2014), dissent, I disagree
 that respondent lost its lien priority by virtue of the homeowners
 association's nonjudicial foreclosure sale. I recognize, however, that SFR
 Investments is now the controlling law and, thusly, concur in the
 disposition of these appeals.

SUPREME COURT
 OF
 NEVADA
 2
(0) 1947A AS,.
 cc: Hon. Michael Villani, District Judge
 Howard Kim & Associates
 Akerman LLP/Las Vegas
 Goodman, Shapiro & Lombardi, LLC
 Hall Jaffe & Clayton, LLP
 HindmanSanchez
 Marcus, Errico, Emmer & Brooks, P.C.
 Eighth District Court Clerk

SUPREME COURT-
 OF
 NEVADA
 3
(0) 1947A